MATTHEWS et al., Appellants, v. TITLE GUARANTY & SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by James Matthews and Gardiner D. Matthews, composing the copartnership of and doing business as A. D. Matthews' Sons, against the Title Guaranty & Surety Company. No opinion. Motion denied, without costs. See, also, 119 N. Y. Supp. 1134.

MAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1910.) Action by John H. May, as administrator, etc., of Charles Nelson May, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Reargument ordered, and case set down for Monday, January 24, 1910.

MAYHEW, Appellant, v. BOLDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the summary proceedings brought by Joseph Mayhew against Edwin D. Boldman. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

MAYHEW, Respondent, v. BOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the summary proceedings brought by Joseph Mayhew against Edwin D. Boldman (proceeding No. 1).

PER CURIAM. Final order of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the decision is against the weight of the evidence.

BURR, J., votes to reverse, upon the ground that the petitioner failed to prove any agreement for the letting by him to the tenant, either at the date mentioned in the petition or at any other time.

MILLER, J., votes to affirm.

MAYHEW, Respondent, v. BOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the summary proceedings brought by Joseph Mayhew against Edwin D. Boldman (proceeding No. 2). No opinion. Final order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the notice to terminate the tenancy was not served as the statute requires.

MEDBURY, Appellant, v. WRIGHT, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Fitch H. Medbury against Alberta K. Wright. No opinion. Judgment of the Municipal Court affirmed, with costs.

METCALFE et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 1, TOWN OF OSSINING, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Mortimer D. Metcalfe and Walter Schumm, copartners, etc., against the Board of Education of Union Free School District No. 1, Town of Ossining. No opinion. Judgment and order affirmed, with costs.

METROPOLITAN TRUST CO. OF CITY OF NEW YORK v. HEINZE. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Appeal from Special Term, New York County. Action by the Metropolitan Trust Company of the City of New York against Arthur P. Heinze. From an order granting a motion to vacate a judgment entered on default and permitting defendant to serve an answer, plaintiff appeals. Modified and affirmed. Tompkins McIlvaine, for appellant. Robert W. Crawford, for respondent.

PER CURIAM. Without passing upon the sufficiency of the defense set up in the proposed answer, in view of the size of the judgment and the circumstances under which it was entered, and of the fact that under the amendment of the rule in relation to Trial Terms the plaintiff can move to have its case tried at Part 2 and thus obtain a speedy trial, the order appealed from should be modified, by providing that the judgment shall stand as security, and, as so modified, affirmed, without costs.

MEYERS, Appellants, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Martin Meyers against the Erie Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

MILES, Respondent, v. CASUALTY CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by B. T. De Witt Miles against the Casualty Company of America. No opinion. Judgment (115 N. Y. Supp. 1) and order affirmed, with costs.

MILLER v. CAMPBELL. (Supreme Court, Appellate Division, First Department. December 31, 1909.) Action by Walter W. Miller against Charles E. Campbell. No opinion. Motion denied, with $10 costs. Order filed.

MILLER v. CAMPBELL. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Walter W. Miller against Charles E. Campbell. No opinion. Motion denied, with $10 costs. Order filed.

MILLER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Godfrey Miller against the City of Buffalo.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the defect in